UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

Jeff Stark and Nick Nowak as Trustees of the District Council No. 82 Health Care Fund, et al,

        Plaintiffs,

vs.

MT Construction LLC, Elisa S. Torres, individually, and Juan Jorge Martinez, individually,

        Defendants.

_____

Civil File No.: 25-cv-01980-PJS-DJF

**STIPULATION FOR DISMISSAL**

The Plaintiffs and Defendants in the above-captioned matter, through their respective counsel, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41 (a)(1) (ii), Plaintiffs' Complaint may be dismissed with prejudice and without costs or attorneys' fees to either party.

Dated: June 23, 2025        **SHUMAKER LOOP & KENDRICK, LLP**

By  */s/ Amy L. Court*
    Amy L. Court (# 319004)
    Christy E. Lawrie (#388832)
    8400 Normandale Lake Boulevard
    Suite 920
    Bloomington, MN 55437
    Telephone: 612-605-9123
    acourt@shumaker.com
    clawrie@shumaker.com

*Attorneys for the Plaintiffs*

1

36433579v1

2

Dated: June 23, 2025　　　　　**CEIBA FÔRTE LAW FIRM**

By  /s/ Inti Martínez-Alemán
　　　Inti Martínez-Alemán (# 0398465)
　　　1053 Dale Street North
　　　Suite 201
　　　St. Paul, MN 55117
　　　Telephone: 651-317-4895
　　　inti@ceibaforte.com

　　　*Attorneys for the Defendants*

36433579v1