UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Stark et al.,<br>   *Plaintiffs*,<br>v.<br><br>MT Construction LLC et al.,<br>   *Defendants /*<br>   *Third-Party Plaintiffs*,<br>v.<br><br>Wilson-McShane Corporation,<br>   *Third-Party Defendant.* | Civ. No. 0:25-cv-01980-PJS-DJF<br><br><br><br><br>**NOTICE OF VOLUNTARY<br>DISMISSAL WITH PREJUDICE** |

---

Under Fed. R. Civ. P. 41(a)(1)(A)(1), Third-Party Plaintiffs **MT Construction LLC et al.** hereby voluntarily dismiss with prejudice their Third-Party Complaint and claims against Third-Party Defendant Wilson-McShane Corporation.

               **CEIBA FÔRTE LAW FIRM®**

Dated: 06/23/2025                  s/ Inti Martínez-Alemán
                              Inti Martínez-Alemán
                                MN# 0398465
                        1053 Dale St. N, Suite 201
                              St. Paul, MN 55117
                         Telephone:  651-317-4895
                        Email: inti@ceibaforte.com

                           **ATTORNEY FOR**
                       **THIRD-PARTY PLAINTIFFS**