UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| JEFF STARK AND NICK NOWAK AS TRUSTEES OF THE DISTRICT COUNCIL NO. 82 HEALTH CARE FUND, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>MT CONSTRUCTION LLC, ELISA S. TORRES, INDIVIDUALLY, AND JUAN JORGE MARTINEZ, INDIVIDUALLY,<br><br>Defendants. | Case No. 25-CV-1980 (PJS/DJF)<br><br>ORDER OF DISMISSAL |

---

Based upon the Stipulation for Dismissal filed by the parties on June 23, 2025 [ECF No. 16],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: June 23, 2025

                                                                            /s/ Patrick J. Schiltz
                                                                            Patrick J. Schiltz, Chief Judge
                                                                            United States District Court